# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SURU NOEL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-00373-SLB-JEO |
| ) | |
| **SCOTT HASSELL et al.,** ) | |
| ) | |
| Respondents. ) | |
| ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss Petition as Moot. (Doc. 4). In their motion, the Respondents note that the Petitioner was released from ICE custody pursuant to an Order of Supervision on March 4, 2015. The Respondents argue that because the Petitioner has been released from ICE custody, this case is due to be dismissed as moot.

On March 2, 2015, the Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to South Sudan.[1] (Doc. 1). Because he has been released on an Order of Supervision, his petition seeking that very relief is moot. See *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011). A separate order will be entered.

---

[1] In support of their motion to dismiss, the Respondents submitted the Declaration of Bryan S. Pitman, Supervisory Detention and Deportation Officer of the U.S. Immigration and Customs Enforcement facility in Gadsden, Alabama. (Doc. 4-1). The court notes that the Petitioner is identified as "Noel Suru" in Mr. Pitman's declaration and as "Suru Noel" in the petition for writ of habeas corpus. However, the Petitioner's Alien Number is the same in both documents.

**DONE** this 23rd day of March, 2015.

_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE